# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DONNY LEE CROOK,**

    **Plaintiff,**

v.                                     Case No.  4:19cv611-MW/MAF

**SERGEANT HORTON**
**and**
**OFFICER ROBINSON,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 15, is **DISMISSED** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e), and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Clerk shall

1

note on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall also close the file.

**SO ORDERED on June 8, 2020.**

<u>s/ MARK E. WALKER</u>
**Chief United States District Judge**
